HAMILTON BROTHERS OIL COMPANY and Hamilton Brothers Petroleum Corporation, Plaintiffs-Appellants,

v.

ANR PIPELINE COMPANY, Defendant-Appellee.

No. 86–6014.

United States Court of Appeals, Fifth Circuit.

Oct. 8, 1987.

Hayden Burns, Paul F. Simpson, Butler & Binion, Houston, Tex., for plaintiffs-appellants.

B. Thomas Cook, Robert C. Williams, Bracewell & Patterson, Houston, Tex., for defendant-appellee.

Before RUBIN, GARZA, and JONES, Circuit Judges.

PER CURIAM:

This court assumed it might have jurisdiction of the appeal based on consideration of the stay order as a collateral order having final effect. See *Cohen v. Beneficial Industrial Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The district court having vacated that order, we decline to review other rulings that are interlocutory and not appealable. The appeal is therefore dismissed as moot with respect to the stay order, without prejudice as to any other issues.